MINUTE ENTRY
AUGUST 6, 2015
LEMELLE, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-91 |
| THOMAS GORDON | SECTION: MAG |

INITIAL APPEARANCE

APPEARANCES:   X  DEFENDANT WITH/WITHOUT COUNSEL  _____

                  X  ASSISTANT U.S. ATTORNEY   BRANDON LONG
                  ___ INTERPRETER  _____
Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE COMPLAINT WAS:
    READ   WAIVED   SUMMARIZED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

JS10: 00: 07

__/ BAIL SET AT _____

_____

_____

_____

_____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING / REMOVAL HEARING / ARRAIGNMENT IS SET FOR ___August 20, 2015 at 2:00 P.M.___

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR ___August 10, 2015 at 2:00 P.M.___

X / DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING / REMOVAL HEARING / ARRAIGNMENT / DETENTION HEARING / HEARING TO DETERMINE COUNSEL WITH COUNSEL _____